UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL GAHAGAN | CIVIL ACTION |
| VERSUS | NO: 13-5526 |
| UNITED STATES DEPARTMENT OF JUSTICE, ET AL. | SECTION: "N" (3) |

## ORDER AND REASONS

Presently before the Court is a fourth motion for summary judgment (Rec. Doc. 41) filed by Plaintiff Michael Gahagan. As with his prior motions, Plaintiff seeks relief regarding certain requests for information he submitted, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, to Defendants United States Department of Justice ("DOJ"), United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), and the Department of Justice's Executive Office for Immigration Review ("EOIR"). Having considered the parties' latest submissions,[1] the extensive record in this matter, and applicable law, **IT IS ORDERED**, on the showing made, that the motion is **GRANTED IN PART** and **DENIED IN PART** as stated herein. Specifically, Plaintiff's motion is granted to the extent that, on or before Thursday, March 31, 2016, the United States Department of Justice, Executive Office for Immigration Review (EOIR) must supplement its prior submissions with a declaration from EOIR Disciplinary Counsel Jennifer J. Barnes. The declaration must describe the searches for documents responsive to Plaintiff's requests that were conducted and/or supervised by Ms. Barnes.

---

[1] *See* Rec. Docs. 39, 40, 41, 42, and 46.

1

In the interest of finally bringing this matter to a complete resolution, Government counsel and Ms. Barnes are urged to ensure that the declaration provided by Ms. Barnes comprehensively addresses the matters raised in Plaintiff's memoranda regarding the sufficiency of the record searches conducted by Ms. Barnes and her staff. Except as specifically stated herein, Plaintiff's motion is denied.

New Orleans, Louisiana, this 11th day of March 2016.

**KURT D. ENGELHARDT**
United States District Judge